of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▪

No. 96–1580. SHAY ET AL. *v.* HOWARD ET AL. C. A. 9th Cir. Motions of Crowley Maritime Corp. and American Academy of Actuaries for leave to file briefs as *amici curiae* granted. Certiorari denied. ▪

No. 96–925. MCKINNEY ET UX. *v.* BALDWIN, 519 U. S. 1114;

No. 96–6761. HART/CROSS *v.* UNITED STATES, 519 U. S. 1120;

No. 96–6963. IN RE MINNIECHESKE, 519 U. S. 1054;

No. 96–7139. HAMM *v.* UNITED STATES, 519 U. S. 1129;

No. 96–7453. TOBIE *v.* DEPARTMENT OF THE INTERIOR ET AL., *ante,* p. 1124;

No. 96–7941. HOWARD *v.* WALT DISNEY CO. ET AL., *ante,* p. 1189; and

No. 96–8158. ROGERS *v.* UNITED STATES, *ante,* p. 1178. Petitions for rehearing denied.

No. 96–5268. GLOCK *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 519 U. S. 888. Motion for leave to file petition for rehearing denied.

MAY 20, 1997

No. 96–8452. LABASTIDA *v.* NEVADA. Sup. Ct. Nev. Certiorari dismissed under this Court's Rule 46. ▪

No. A–830. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* MARTINEZ-VILLAREAL. Application to vacate the stay of execution of sentence of death granted by the United States Court of Appeals for the Ninth Circuit on May 19, 1997, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 96–9068 (A–823). MARTINEZ-VILLAREAL *v.* ARIZONA. Sup. Ct. Ariz. Motion for leave to proceed *in forma pauperis*